UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff

    -v-                                      03-CV-0946-A

ONE 1996 CHEVROLET SUBURBAN
VIN 1GNEK13RJT421005, REGISTERED
AND TITLED TO CHRISTOPHER GIGLIO
and $62,942 UNITED STATES CURRENCY,

        Defendants

---

**SECOND AMENDED DEFAULT JUDGMENT AND ORDER OF FORFEITURE**

Upon the application of the plaintiff in this action pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, and after full and careful consideration of the plaintiff's motion, and all prior pleadings and proceeding in this matter, it is hereby

**ORDERED**, that an Amended Judgment of Default and Order of Forfeiture previously filed on May 26, 2006 be amended to reflect the correct Vehicle Identification Number of the defendant 1996 Chevrolet Suburban, 1GNEK13R1TJ421005; and it is hereby

**ORDERED,** that the defendant 1996 Chevrolet Suburban Vehicle Identification Number 1GNEK13R1TJ421005 is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(4) and shall be disposed of according to law.

IT IS SO ORDERED.

_____/s/ Richard J. Arcara_____
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: May 26, 2006